KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile: (559) 256-9798

Attorney for Defendant
JUAN SANCHEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-F-04-5209 AWI |
|---|---|---|
| Plaintiff, | ) ) ) ) | STIPULATION TO RESCHEDULE SENTENCING FROM 1/9/06 TO 1/23/06 |
| vs. | ) ) | NEW DATE: January 23, 2006 |
| JUAN SANCHEZ, | ) ) | TIME: 9:00 a.m. |
| Defendants. | ) ) | |

    KATHERINE HART, attorney for JUAN SANCHEZ, and LAUREL MONTOYA, Assistant United States Attorney, hereby stipulate that the sentencing date previously set for January 9, 2006 at 9:00 a.m. be reset to January 23, 2006 at 9:00 a.m. in order to prepare for sentencing and to determine defendant's eligibility for the Safety Valve.

DATED: 12/29/05    /s/ Katherine Hart
                                KATHERINE HART, Attorney for Defendant

DATED: 12/29/05    /s/ Laurel Montoya
                                LAUREL MONTOYA, Assistant United States Attorney

1

# ORDER

Counsel having stipulated to continue the sentencing to January 23, 2006, it is hereby ordered that the sentencing previously set for January 9, 2006 at 9:00 a.m. be reset to January 23, 2006 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:     January 4, 2006**              **/s/ Anthony W. Ishii**
0m8i78                                          UNITED STATES DISTRICT JUDGE