KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile: (559) 256-9798

Attorney for Defendant
JUAN SANCHEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR F-04-5209 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE SENTENCING DATE TO OCTOBER 16, 2006 AND ORDER CONTINUING SENTENCING |
| ) | |
| vs. ) | |
| ) | CURRENT DATE: 8/7/06 |
| JUAN SANCHEZ, et al. ) | NEW DATE: 10/16/06 |
| ) | |
| Defendants. ) | |

It is hereby stipulated by and between counsel for the government and counsel for defendant that the sentencing of JUAN SANCHEZ be continued from 8/7/06 to 10/16/06 to coincide with the motions hearing of codefendants.

DATED: 7/17/06            /s/Katherine Hart
                          KATHERINE HART, Attorney for
                          Defendant JUAN SANCHEZ


DATED: 7/17/06            /s/Laurel Montoya
                          LAUREL MONTOYA, Assistant U.S.
                          Attorney

# ORDER

Counsel having stipulated to continue the sentencing to October 16, 2006, the same date as codefendants' motions hearing, it is hereby ordered that the sentencing previously set for August 7, 2006 at 9:00 a.m. be reset to October 16, 2006 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   July 18, 2006**              /s/ Anthony W. Ishii
0m8i78                          UNITED STATES DISTRICT JUDGE